DEFENDANT: **GREGORY MEYER**

YOB: 1965

ADDRESS: Studio City, CA

COMPLAINT FILED? \_\_\_\_\_ YES \_\_X\_\_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? \_\_\_\_ YES \_\_X\_\_ NO

OFFENSE: 18 USC § 113(a)(5) and 49 USC § 46506(1) – Simple Assault on an Aircraft

LOCATION OF OFFENSE: Denver County, Colorado

PENALTY: NMT 6 months imprisonment; NMT $5,000 fine, or both; and a $25 special assessment fee

AGENT: Martin H. Daniel III, Special Agent, FBI

AUTHORIZED BY: Richard A. Hosley, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL: five days or less

THE GOVERNMENT: **will not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE: \_\_\_\_\_ Yes \_\_X\_\_ No