IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-po-07005-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY MEYER,

    Defendant.

---

## STIPULATION FOR ENTRY OF DEFERRAL OF PROSECUTION

---

1. The Government will not prosecute this case for <u>twelve</u> months, i.e. until <u>November 14, 2014</u>. If the Defendant has complied with these terms, the case will then be dismissed and the Defendant will not need to appear in court. Failure to comply will result in the Government filing a written motion reinstating charges.

2. The Defendant understands that pursuant to 18 U.S.C. §§ 3161 and 3164, he may have a right to the speedy filing of an information and trial. The defendant further understands that if the Court accepts this stipulation for deferral of prosecution that the aforementioned deadlines will not apply as 18 U.S.C. §3161(h)(2) excludes from such computations "[a]ny period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct."

3. The Defendant will not violate another federal, state, or local law, excluding minor traffic infractions.

4. The Defendant will complete a <u>12-hour Drug and Alcohol Awareness Class (Level 2) that is certified by the California Board of Behavioral Sciences</u>. The Government agrees that completion of the course that was proposed via email by Defendant's counsel to the AUSA on October 15, 2013 will satisfy this portion of the agreement.

5. The Defendant will perform <u>five</u> hours of useful community service.

6. The Defendant will pay $3,024.30, which is the cost of diverting Flight 358 to Denver, to JetBlue Airways by sending a cashier's check to the following address:

   JetBlue Airways
   Attn: Kelly Wuthrich
   6322 S. 3000 E.
   Salt Lake City, Utah 84121

7. The Defendant will send to the following address proof of compliance with these terms and notice of any change of address or telephone number: United States Attorney's Office, 1225 Seventeenth Street, Suite 700, Denver, CO 80202; Attn: David Tonini

Dated: 11-14-13

_____
Assistant United States Attorney

_____
Defendant's Signature

10985 Bluffside Dr
#5203
Studio City, CA 91604    310-497-7362
Defendant's Address and Telephone Number

_____
Attorney for Defendant

## ORDER:

This deferral of prosecution is hereby accepted by the Court. The Court further finds that pursuant to 18 U.S.C. §3161(h)(2) that the period of delay outlined in this stipulation is excluded in computing the time within which an information must be filed or in computing the time within which the trail of an offense relating to this matter must commence.

_____
United States Magistrate Judge

Dated: November 14, 2013